**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSIOURI**
**EASTERN DIVISION**

FANNIE MAE

*Plaintiff,* Case No.: 4:26-cv-01458-CDP

vs.

MCG KNOLLS LLC, a Missouri
Limited liability Company

*Defendant.*

**AMENDED NOTICE OF REMOVAL**

**COMES NOW**, Defendant, MCG Knolls, LLC ("Owner"), by and through its undersigned counsel of record, pursuant to 28 U.S.C. §§ 1441 and 1446, without waiving any available defenses, and files this Amended Notice of Removal as directed by this Court in its Memorandum and Order, dated September 15, 2026 [D.E.5]. Owner has sought to remove this action from the Circuit Court of St. Louis County, Missouri, to the United States District Court for the Eastern District of Missouri, Eastern Division. As grounds for removal, Owner would show the Court as follows:

1. This matter was originally filed in the Circuit Court of St. Louis County, Missouri on or about Augst 20, 2026, naming Owner as the party Defendant, pursuant to Case Number 26SL-CC05767. A copy of Fannie Mae's Verified Petition was attached to Owner's Notice of Removal [D.E. 1] as **Exhibit A** [D.E. 1-1].

2. This action is one for appointment of receiver, mortgage foreclosure, and damages stemming from an alleged breach of the subject loan agreement, note, and guaranty.

3. This case is a civil action within the meaning of the Acts of Congress relating to the removal of causes. Owner has not filed any pleadings or papers in this action in State Court and the time during which Owner is required by state law, or rules of court, to answer or to plead to the Fannie Mae Verified Petition has not expired. No other process, pleading or order has been served on Owner.

4. Without waiving any defense based upon service of process, lack of personal or subject matter jurisdiction, or improper venue —pursuant to Fed. R. Civ. P. 12(b) or otherwise— this Notice of Removal was filed within thirty (30) days from the date of filing.

5. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) as the suit is between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

6. With respect to the amount in controversy, Fannie Mae claims that Owner has an outstanding balance on the subject loan of $9,314,000.00 as of August 20, 2026. (Verified Petition at ¶ 10).

7. The parties to this action are completely diverse.

8. Fannie Mae is a government sponsored enterprise and a federally chartered entity created by Congress. Fannie Mae operates under the Conservatorship of the Federal Housing Finance Agency (FHFA) which is an independent agency of the United States created in 2008, to supervise certain government sponsored enterprises. *See*, 12 U.S.C. §4511. Pursuant to its Charter, for purposes of diversity jurisdiction, FNMA is a citizen of the District of Columbia.

9. Owner is a Missouri limited liability company, with its principal office located at 150 James Street, Suite 209, Lakewood, New Jersey 08701.

10. The members of Owner are citizens of the States of New York, New Jersey, and Illinois.

| | |
|---|---|
| J. Mermelstein | Illinois |
| A.Becher | New Jersey |
| A Potash | New York |
| E. Pilichick | New York |
| M. Gottleib | New York |
| D. Gottlieb | New York |
| A. Shteierman | New York |
| S. Glieberman | New Jersey |
| J. Borbow | New York |
| N. Bobrow | New York |
| Z. Bobrow | New York |
| R. Borbrow | New York |
| L. Braverman | New Jersey |
| M. Jacobsen | New York |
| J. Borbrow | New Jersey |

11. Venue is proper pursuant to 28 U.S.C. § 1441(a) as this Court is the United States District Court for the district and division where the action is pending.

12. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all pleadings in the state court action presently in Owner's possession were attached to Owner's Notice of Removal [D.E. 1] as **Exhibit B** [D.E. 1-1].

13. In accordance with 28 U.S.C. § 1446(d), a copy of this Amended Notice of Removal is being served by U.S. mail and email on counsel for Fannie Mae, and a Notice of Filing of Notice of Removal was previously filed in the Circuit Court of St. Louis County, Missouri. The necessary filing fees have already been paid.

14. In the event any question arises as to the propriety of removal of this action, Owner reserves the right to amend or supplement this Amended Notice of Removal, and further requests the opportunity to present briefs, oral arguments and, if necessary, affidavits and other evidence in support of its position that removal is proper.

**WHEREFORE, PREMISES CONSIDERED**, Defendant MCG Knolls LLC requests that this Court now remove this Civil Action from the from the Circuit Court of St. Louis County, Missouri, to the United States District Court for the Eastern District of Missouri, Easten Division, as provided for and consistent with the laws of the United States of America.

DATED this the 16th day of September 2026.

Respectfully submitted,

**FRANKEL, RUBIN, KLEIN,**
**PAYNE & PUDLOWSKI P.C.**

By: /s/ Mayer S. Klein
Mayer S. Klein, #32605
231 South Bemiston, Suite 1111
Clayton, MO 63105
Phone: (314) 725-8000
mklein@frankelrubin.com

**GLANKLER BROWN, PLLC**

By: /s/ S. Joshua Kahane

S. Joshua Kahane (TN #23726)*
Aubrey B. Greer (TN #35613)*
Yosef Horowitz (TN #36353)*
* *Admission Pro Hac Vice to be Filed*
6000 Poplar Ave., Suite 400
Memphis, TN 38119
Phone: (901) 525-1322
Fax: (901) 525-2389
jhorowitz@glankler.com
jkahane@glankler.com
agreer@glankler.com

*Attorneys for Defendant, MCG Knolls LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following parties by operation of the Court's ECF system, email and/or United States Mail, postage prepaid:

Nicholas J. Zluticky
Zachary H. Hemenway
STINSON LLP
1201 Walnut St., Suite 2900
Kansas City, MO 64106
nicholas.zlouticky@stinson.com
zachary.hemenway@stinson.com

/s/ Mayer Klein
Mayer Klein