**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FANNIE MAE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-CV-1458-CDP |
| | ) | |
| MCG KNOLLS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

COMES NOW Receiver Tarantino Properties, Inc., by and through counsel, Baker Sterchi Cowden & Rice, LLC, and hereby certifies that notice of the appointment of the Receiver has been sent this 12th day of November 2026, via U.S. Postal Service, First Class, Certified Mail to the following Parties in Interest:

Missouri Department of Revenue, Taxation Division
Attn: Fiduciary Tax
P.O. Box. 3815
Jefferson City, MO 65105-3815

Missouri Secretary of State
Business Services
James C. Kirkpatrick State Information Center
P.O. Box 778
Jefferson City, MO 65102

Missouri Secretary of State
600 West Main Street
Jefferson City, MO 65101

Internal Revenue Service
Attn: Advisory Office
30 E. 7th Street. MS 5900
St. Paul, MN 55101-4940

Internal Revenue Service
Attn: Advisory Office
1000 Liberty Ave.
Room 701-A
Pittsburg, PA 15222

Respectfully submitted,

**BAKER STERCHI COWDEN & RICE, LLC**

*/s/ Philip V. Sumner*
Philip V. Sumner MO #60589
2400 Pershing, Suite 500
Kansas City, MO 64108
Telephone: (816) 471-2121
Facsimile: (816) 472-0288
psumner@bakersterchi.com
**PROPOSED COUNSEL FOR RECEIVER**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of November 2026, I electronically filed the foregoing document with the Court by using the CM/ECF filing system, thereby sending notice of said filing to all counsel of record in this matter.

*/s/ Philip V. Sumner*